King v. Reid.

THE STATE, HENRY S. LITTLE, RECEIVER, PROSECUTOR, PLAINTIFF IN ERROR, v. SAMUEL D. BOWERS, CONTROLLER, &c., DEFENDANT IN ERROR.

Error to the Supreme Court. For opinion of Supreme Court, see 17 *Vroom* 300.

For the plaintiff in error, *William R. Wilson.*

For the defendant in error, *Frank Bergen.*

THE CHANCELLOR. The judgments in the seven cases with the above title should be affirmed, for the reasons given by the Supreme Court in their opinion.

*For affirmance*—THE CHANCELLOR, DEPUE, PARKER, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, MC-GREGOR, WHITAKER. 10.

*For reversal*—None.